TIMOTHY W. BOWMAN, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska  99501
Phone: (907)  274-5100  Fax: (907) 274-5111
Email: tbowman@farleygraves.com

Attorneys for Defendant USAA Casualty
Insurance Company

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KATHRYN TAGGART,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 3:24-cv-00067 |

State Court Case No. 3AN-24-04707 CI

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendant USAA Casualty Insurance Company, by and through undersigned counsel, gives notice that Case No. 3AN-24-04707 CI, as captioned above, is hereby removed to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Palmer, where said case was originally field and is currently pending.  USAA Casualty Insurance Company  state:

NOTICE OF REMOVAL (USDC)
TAGGART V. USAA CASUALTY INS. CO.
CASE NO:  3:24-CV- _____

Page 1 of 4

/JW
32989

Case 3:24-cv-00067-SLG    Document 1    Filed 03/20/24    Page 1 of 4

1. Removing party, USAA Casualty Insurance Company is the Defendant in the above-captioned action;

2. A copy of all process, and pleadings and orders served upon Defendant to date in the State Court Action are attached as Exhibit A, pursuant to 28 U.S.C. §1446(a).

3. On February 14, 2024, the above-entitled action was commenced against USAA Casualty Insurance Company in the Superior Court for the State of Alaska, Third Judicial District at Palmer and is presently pending in that Court;

4. USAA Casualty Insurance Company received service of the summons and complaint through the Division of Insurance, on February 20, 2024;

5. This Notice is filed within thirty (30) days of the date of service on the Defendant. Service on USAA Casualty Insurance Company occurred on February 20, 2024;

6. The above-entitled action involves citizens of different states, in that, at the time of the commencement of this action, Plaintiff was a citizen of the State of Alaska. USAA Casualty Insurance Company was at all times pertinent to this action, a resident of the State of Texas. Thus, complete diversity exists between Plaintiff and Defendant;

7. The amount in controversy, exclusive of interest and costs, is alleged to be in excess of $75,000, due to Plaintiffs' demand for coverage at or in excess of $100,000 and filing of suit in a jurisdiction permitting damages to this amount. A copy of the Complaint is attached here as Exhibit A to this Notice and made by reference a part hereof;

NOTICE OF REMOVAL (USDC)
TAGGART V. USAA CASUALTY INS. CO.
CASE NO: 3:24-CV-_____

Page 2 of 4

/JW
32989

Case 3:24-cv-00067-SLG   Document 1   Filed 03/20/24   Page 2 of 4

8. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332 and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

WHEREFORE, Defendant USAA Casualty Insurance Company requests that this action be removed from the Superior Court for the State of Alaska, Third Judicial District at Anchorage to the United States District Court for the District of Alaska, and that this Court enter such further orders as may be appropriate.

DATED this 20th day of March, 2024 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: *s/TIMOTHY W. BOWMAN*
Alaska Bar No.: 0905012
807 G Street, Suite 250
Anchorage, AK 99501
Ph. (907) 274-5100
Fax (907) 274-5111
E-Mail: tbowman@farleygraves.com
Attorneys for Defendant USAA Casualty Insurance Company

NOTICE OF REMOVAL (USDC)
TAGGART V. USAA CASUALTY INS. CO.
CASE NO: 3:24-CV-_____

Page 3 of 4

/JW
32989

Case 3:24-cv-00067-SLG   Document 1   Filed 03/20/24   Page 3 of 4

**CERTIFICATE OF SERVICE**

    Pursuant to Civil Rule 5, I hereby certify that on this 20th day of March, 2024 I caused a true and correct copy of the foregoing document to be served by CM/ECF ELECTRONICALLY SUBMITTED to the following person(s):

**Jeffrey J. Barber, Esq.**
Barber & Associates, LLC
540 E. 5th Ave.
Anchorage, AK 99501
Email: jeffb@alaskainjury.com;
lisad@alaskainjury.com;
angiem@alaskainjury.com

**James R. Bauman, Esq.**
Law Office of James Bauman
167 Park Avenue
Wasilla, AK 99654
Email: jamesrobertbauman@gmail.com

By:   *s/Joyce L. Wylie*
     Joyce L. Wylie, Legal Assistant
     jwylie@farleygraves.com

NOTICE OF REMOVAL (USDC)
TAGGART V. USAA CASUALTY INS. CO.
CASE NO: 3:24-CV-_____

Page 4 of 4

/JW
32989

Case 3:24-cv-00067-SLG     Document 1     Filed 03/20/24     Page 4 of 4